# Order

Michigan Supreme Court
**Lansing, Michigan**

November 4, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145594(37)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

WILLIAM CRAIG GARRETT,
        Defendant-Appellant.
_____/

SC: 145594
COA: 307728
Wayne CC: 1995-003838-FH

On order of the Chief Justice, the motion of amicus curiae Attorney General for five minutes of oral argument from the time allotted to the Wayne County Prosecutor, in light of the agreement of the Wayne County Prosecutor, is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2013



Clerk